# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CASE NO.: 1:13-CR-063** |
| | : | |
| v. | : | **MAGISTRATE JUDGE LITKOVITZ** |
| | : | |
| PETER TSAI, et al. | : | **MOTION AND ORDER** |
| | : | **TO UNSEAL INDICTMENT** |

-------------------------------------

The United States respectfully requests that the Court unseal the Indictment and any other pleadings in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513)684-3711; Fax: (513)684-6385



IT IS **ORDERED** that the Indictment and any other pleadings in the above-numbered case shall now be unsealed.


6/26/13
DATE

HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge