IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:13-CR-063 |
| | : | Chief Judge Susan Dlott |
| | : | |
| v. | : | STIPULATIONS |
| | : | |
| PETER TSAI, et al. | : | |

The United States of America, by and through its undersigned attorneys, and the Defendants Peter Tsai, Ruey Tsai, Tahisung Tsai, and Wei Lih Sheih, by and through their undersigned attorneys, submit these agreed-upon Stipulations regarding certain exhibits and evidence at trial.

A. The parties stipulate and agree, for purposes of admissibility as evidence at the trial of this case, that the following documents are true and accurate copies of the documents they purport to be within the meaning of Rules 901 and 902 of the Federal Rules of Evidence, and such documents fall within the meaning of the "business records" hearsay exception in Rule 803(6) of the Federal Rules of Evidence. The documents identified below, subject to any relevance objections, are admissible without the testimony of an authenticating witness.

**Government Exhibit**

| | |
|---|---|
| 1-1 | Patient 1 (Tessa B.) - Advanced Family Medical File #1 |
| 1-2 | Patient 1 (Tessa B.) - Advanced Family Medical File #2 |
| 1-3 | Patient 1 (Tessa B.) – Watkins Tsai Medical File #1 |
| 1-4 | Patient 1 (Tessa B.) – Watkins Tsai Medical File #2 |
| 1-5 | Patient 1 (Tessa B.) – Billing Allowed |
| 1-6 | Patient 1 (Tessa B.) – Billed Not Allowed |
| 1-7 | Patient 1 (Tessa B.) Medicare Remit 7/27/09 (WTIC) |
| 1-8 | Patient 1 (Tessa B.) Medicare Remit 7/27/09 (AFMC) |
| 1-9 | Patient 1 (Tessa B.) Medicare Remit 7/28/09 (WTIC) |
| 1-10 | Patient 1 (Tessa B.) Medicare Remit 7/28/09 (AFMC) |
| 1-11 | Patient 1 (Tessa B.) Medicaid Remits (7/27 and 7/28/09) |

| | |
|---|---|
| 2-1 | Patient 2 (Robert T.) - Advanced Family Medical File #1 |
| 2-2 | Patient 2 (Robert T.) - Advanced Family Medical File #2 |
| 2-3 | Patient 2 (Robert T.) – Watkins-Tsai Medical File #1 |
| 2-4 | Patient 2 (Robert T.) – Billing Allowed |
| 2-5 | Patient 2 (Robert T.) – Billing Not Allowed |
| 3-1 | Patient 3 (Ronald E.) – Advanced Family Medical File #1 |
| 3-2 | Patient 3 (Ronald E.) – Watkins Tsai Medical Files #2 |
| 3-3 | Patient 3 (Ronald E.) – Billing Allowed |
| 3-4 | Patient 3 (Ronald E.) – Billing Not Allowed |
| 4-1 | Patient 4 (Ginger P.) – Advanced Family Medical file |
| 4-2 | Patient 4 (Ginger P.) – Watkins-Tsai Imaging file |
| 4-3 | Patient 4 (Ginger P.) – Billing Allowed |
| 4-4 | Patient 4 Ginger P.) – Billing Not Allowed |
| 5-1 | Patient 5 (Karen C.) – Advanced Family Medical file |
| 5-2 | Patient 5 (Karen C.) – Watkins-Tsai Imaging file |
| 5-3 | Patient 5 (Karen C.) – Billing Allowed |
| 5-4 | Patient 5 (Karen C.) – Billing Not Allowed |
| 6-1 | CT Scan Logbook |
| 6-2 (a-j) | Original CT notebooks |
| 6-3 | Tan CT notebook |
| 6-4 | Purple CT notebook |
| 9 | Phillips emails (from Phillips) |
| 10 | March 9, 2009 piriformis letter |
| 11 | May 22, 2009 ltr re billing |
| 12 | Piriformis Protocol sign |
| 13-2 | Watkins-Tsai marketing pamphlet |
| 18 | Synvisc Folder (from search) |
| 25 | Patient 6 (April S.) – AFMC Records |
| 26 | Patient 6 (April S.) – WTIC Records |
| 27 | Patient 7 (Eddie M.) – AFMC Records |
| 28 | Patient 7 (Eddie M.) – WTIC Records |
| 28-1 | Patient 7 (Eddie M.) billing |
| 33 | "Piriformis" Folder |
| 34 | "Piriformis Syndrome" Folder |
| 35 | Jones email re: "Scheduling" |
| 36 | 9/19/2005 Memo re: Scheduling Issues |
| 37 | Ruey Tsai bank checks (2009) |
| 38-1 | Synvisc Manual (billing excerpt) |
| 38-2 | Miscellaneous papers regarding billing Synvisc to Medicare |

B.  The parties further stipulate and agree to the following statements as fact.

    a.  Watkins Health Center Properties was created with the Ohio Secretary of State on June 15, 2004.   Watkins Tsai Imaging Center LLC was created with the Ohio Secretary of State on July 19, 2004.   Ruey Tsai is the sole member of Watkins Health Center Properties and Watkins-Tsai Imaging Center.   The Advanced Family Medical Center LLC was created with the Ohio Secretary of State on January 12, 2005.   Peter Tsai is the sole member of Advanced Family Medical Center LLC.

    b.  The Ohio Medicaid program and the Medicare program are both health care benefit programs as defined in 18 U.S.C. § 24(b) and 18 U.S.C. § 1347.

**SO STIPULATED**:

DATED:  8/1/2014        /s/ Tim S. Mangan
                                     Tim S. Mangan, Esq.
                                     Tim D. Oakley, Esq.
                                     Assistant United States Attorney

DATED:  8/1/2014        /s/ Kevin Conners
                                     Kevin Conners, Esq.
                                     Counsel for Peter Tsai

DATED:  8/1/2014        /s/ Karl Schneider
                                     Karl Schneider, Esq.
                                     Trina Goethals, Esq.
                                     Counsel for Ruey Tsai

DATED:  8/1/2014        /s/ Bill Gallagher
                                     Bill Gallagher, Esq.
                                     Counsel for Tahsiung Tsai

DATED:  8/1/2014        /s/ Pete Rosenwald
                                     Pete Rosenwald, Esq.
                                     Counsel for Wei Lih Sheih