IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

      vs.                                                   Case Number: 1:13cr63-1, 2, 3, 4

Peter Tsai (1)
Ruey Tsai (2)
Tahsiung Tsai (3)
Wei Lih Sheih (4)

CRIMINAL MINUTES: CHANGE OF PLEAS

Defendants appeared with counsel
Kevin Conners on behalf of Peter Tsai
Karl Schneider and Trina Goethals on behalf of Ruey Tsai
Bill Gallagher on behalf of Tahsiung Tsai
Pete Rosenwald on behalf of Wei Lih Sheih
Defendants arraigned and specifically advised of rights
Statement of Facts read by Special Agent Ryan Houston
Defendant Peter Tsai pleads GUILTY to Counts 1 and 3
Defendants Ruey Tsai, Tashiung Tsai, and Wei Lih Sheih plead guilty to Count 1
Plea accepted by the Court
Referred to Probation Department for Presentence Report
O.R. Bond continued for all Defendants
Tim Mangan and Tim Oakley AUSA

Judge:                        Susan J. Dlott

Courtroom Deputy:   William Miller

Court Reporter:          Luke Lavin, Official

Date:                          August 7, 2014